In the Matter of the Petition of RICHARD C. PATTERSON, JR., Appellant, to Review Chapter 373 of the Laws of 1916, Being the Present Apportionment of the State into Senate and Assembly Districts.

CHARLES S. WHITMAN et al., Respondents.

*Matter of Patterson*, 174 App. Div. 185, appeal dismissed.
(Argued July 12, 1916; decided July 25, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1916, which affirmed an order of Special Term dismissing a petition for the review of the apportionment enacted by chapter 373 of the Laws of 1916.

*Albert De Roode* and *Ellwood M. Rabenold* for appellant.

*Egburt E. Woodbury, Attorney-General* (*Leonard J. Obermeier* of counsel), for respondents.

The Apportionment Act of 1916 having been adjudged unconstitutional in the case of *Matter of Dowling* (219 N. Y. 44) on grounds other than those set forth in the petition herein, the appeal in this case is dismissed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.